| | |
|---|---|
| 1 | Christopher R. Pitoun (SBN 290235) |
| | christopherp@hbsslaw.com |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 301 North Lake Avenue, Suite 203 |
| 3 | Pasadena, CA 91101 |
| | T: (213) 330-7150 |
| 4 | F: (213) 330-7152 |
| 5 | Daniel J. Kurowski (Pro Hac Vice) |
| | dank@hbsslaw.com |
| 6 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 455 N. Cityfront Plaza Drive, Suite 2410 |
| 7 | Chicago, IL 60611 |
| | T: (708) 628-4949 |
| 8 | F: (708) 628-4963 |
| 9 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendants. | Case No. 2:20-cv-4172-DMG-PVC<br><br>**JOINT STIPULATION TO AMEND CAPTION**<br><br>Judge: Hon. Dolly M. Gee<br><br>Complaint Filed: May 7, 2020<br>Trial Date: None Set |

Plaintiff Jane Doe ("Plaintiff") and defendants University of Southern California ("USC") and the Board of Trustees of the University of Southern California ("Board of Trustees") (USC and Board of Trustees collectively, "USC Defendants") (Plaintiff and USC Defendants collectively, the "Parties"), through their undersigned counsel of record, hereby respectfully submit the following stipulation to amend the caption in Plaintiff's complaint as follows:

WHEREAS, on May 7, 2020, Plaintiff Jane Doe filed her initial complaint in the above-entitled action (Dkt. No. 1);

WHEREAS, by stipulation (Dkt. No. 28) and by stipulation and proposed order that is presently pending before the Court (Dkt. No. 33), the USC Defendants have yet to respond to the complaint;

WHEREAS, the Parties have met and conferred and hereby stipulate to amending the caption and references in this matter to remove the pseudonym Jane Doe and replace that pseudonym with Plaintiff's name, J. Julia Greenberg;

WHEREAS, this name change does not require any further response, nor does it change the timing related to the USC Defendants' deadline to respond to the complaint;

NOW THEREFORE, the Parties stipulate and agree that the amended caption will appear on all documents in this matter going forward as follows:

J. JULIA GREENBERG, individually and on behalf of all others similarly situated,

    Plaintiff,

    v.

UNIVERSITY OF SOUTHERN CALIFORNIA and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA,

    Defendants.

**IT IS SO STIPULATED.**

Dated: June 18, 2020          COOLEY LLP

/s/Leo P. Norton
Leo P. Norton (216282)
Attorneys for Defendants
UNIVERSITY OF SOUTHERN
CALIFORNIA and BOARD OF
TRUSTEES OF THE UNIVERSITY
OF SOUTHERN CALIFORNIA

Dated: June 18, 2020          HAGENS BERMAN SOBOL SHAPIRO LLP

/s/Daniel J. Kurowski
Daniel J. Kurowski (*Pro hac vice*)
Attorneys for Plaintiff
J. JULIA GREENBERG

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

I, Daniel J. Kurowski, attest that concurrence in this document's content and the filing of this document has been obtained from the other signatory. Executed on June 18, 2020, in Chicago, Illinois.

<u>/s/ Daniel J. Kurowski</u>