# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>Defendants. | Case No. 2:20-cv-4172-DMG-PVC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND CAPTION**<br><br>Judge: Hon. Dolly M. Gee<br><br>Complaint Filed: May 7, 2020<br>Trial Date: None Set |

PURSUANT TO THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN:

The parties in the amended caption will appear on all documents in this matter going forward as follows:

| |
|---|
| J. JULIA GREENBERG, individually and on behalf of all others similarly situated, |
| Plaintiff, |
| v. |
| UNIVERSITY OF SOUTHERN CALIFORNIA and THE BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA, |
| Defendants. |

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Dolly M. Gee
United States District Judge